July 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BENEDICT EMESOWUM, Appellant

NO. 14-13-00397-CV                    V.

CHRISTMAS EVE MORGAN, Appellee

_____

     This cause, an appeal from the judgment signed April 29, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Benedict Emesowum to pay all costs incurred in this appeal. We further order this decision certified below for observance.